1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  1860 Chicago Avenue, Suite G-11
   Riverside, CA 92507
3  (951) 788-4536
   Fax (951) 788-4518
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5  Marilyn S. Clark

6

7              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 MARILYN S. CLARK,              )   No.  2:05-CV-01001-CMK
                                  )
11            Plaintiff,           )   ORDER AWARDING
                                  )   EAJA FEES
12       v.                       )
                                  )
13 JO ANNE B. BARNHART            )
   Commissioner of Social Security, )
14                                )
              Defendant.          )
15 _____ )

16

17      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

18      **IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees under

19 the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

20 SEVEN HUNDRED SEVENTY-FOUR DOLLARS and no/cents ($2,774.00), as

21 authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

22 Stipulation.

23      DATED:  November 15, 2006.

24

25                                    _____
26                                    **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE
27                                    JUDGE

28

                            1