**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN S. CLARK, | No. CIV S-05-1001-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgement was entered on September 27, 2006. Pursuant to stipulation, the court awarded plaintiff's counsel EAJA fees in the amount of $2,774.00 on November 16, 2006. Pending before the court is counsel's motion for under 42 U.S.C. § 406(b) for fees in the aggregate amount of $12,394.35 (Doc. 23). To assist the court in evaluation of the motion, the court directs defendant to file a response or statement of non-opposition to the motion. If defendant files a response, plaintiff's counsel may file a reply thereto.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a response or statement of non-opposition to the pending motion for fees under § 406(b) within 20 days of the date of this order; and

2. If defendant files a response, plaintiff's counsel may file a reply within 10 days of service of defendant's response.

DATED: October 1, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE