IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. CLARK, | No. CIV S-05-1001-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgement was entered on September 27, 2006. Pursuant to stipulation, the court awarded plaintiff's counsel EAJA fees in the amount of $2, 774.00 on November 16, 2006. Pending before the court is counsel's motion for under 42 U.S.C. § 406(b) for fees in the aggregate amount of $12,394.35 (Doc. 23). On October 2, 2009, the court directed defendant to file a response to the motion. On October 20, 2009, defendants filed a statement of non-opposition. Having reviewed counsel's motion and defendant's statement of non-opposition thereto, and good cause appearing therefor, counsel's motion is granted. Counsel is awarded fees under

§ 406(b) in the amount of $12, 394.35 and is directed to reimburse plaintiff the previous EAJA award in the amount of $2,774.00.

IT IS SO ORDERED.

DATED: February 10, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE